JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>KIN FUNG POON a/k/a KIN FING POON a/k/a BONNY POON and MARY L. WONG, individually and jointly d/b/a JUSTJEWEL.COM; JUST MFG, INC. an inactive California corporation; d/b/a JUSTJEWEL.COM; JUST ENTERPRISE GROUP, a California corporation, d/b/a JUSTJEWEL.COM and DOES 1-10,<br><br>                    Defendants. | Case No. EDCV 08-224-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of the Plaintiff against the Defendants.

///

1    Judgment is entered in the amount of is $118,923.84,
2    plus reasonable investigative fees totaling $4,750, plus
3    reasonable costs totaling $900, plus reasonable
4    attorneys' fees calculated under Local Rule 55-2: "$5,600
5    plus 2% of the amount over $100,000," totaling $5,978.48;
6    and Plaintiff is awarded a permanent injunction against
7    Defendants, their successors, assigns, agents, employees,
8    representatives, heirs, and all those acting in concert
9    with them or pursuant to their direction, as follows:
10
11   Defendants are enjoined permanently from,
12   intentionally and/or knowingly manufacturing or causing
13   to be manufactured, importing advertising, or promoting,
14   distributing, selling or offering to sell counterfeit and
15   infringing goods using the Chanel Marks; using the Chanel
16   Marks in connection with the sale of any unauthorized
17   goods; using any logo, and/or layout which may be
18   calculated to advertise falsely the services or products
19   of Defendants and/or any other business or website, as
20   being sponsored by, authorized by, endorsed by, or in any
21   way associated with Chanel; falsely representing itself
22   as being connected with Chanel, through sponsorship or
23   association; engaging in any act which is likely to
24   falsely cause members of the trade and/or of the
25   purchasing public to believe any goods or services of
26   Defendants and/or any other business or website, are in
27   any way endorsed by, approved by, and/or associated with
28

1   Chanel; using any reproduction, counterfeit, copy, or

2   colorable imitation of the Chanel Marks in connection

3   with the publicity, promotion, sale, or advertising of

4   any goods sold by Defendants and/or any other business or

5   website, including, without limitation, handbags and

6   wallets; affixing, applying, annexing or using in

7   connection with the sale of any goods, a false

8   description or representation, including words or other

9   symbols tending to describe falsely or represent

10  Defendants and/or any other business or website, as being

11  those of Chanel or in any way endorsed by Chanel;

12  offering such goods in commerce; and from otherwise

13  unfairly competing with Chanel; secreting, destroying,

14  altering, removing, or otherwise dealing with the

15  unauthorized products or any books or records which

16  contain any information relating to the importing,

17  manufacturing, producing, distributing, circulating,

18  selling, marketing, offering for sale, advertising,

19  promoting, renting or displaying of all unauthorized

20  products which infringe the Chanel Marks; and effecting

21  assignments or transfers, forming new entities or

22  associations or utilizing any other device for the

23  purpose of circumventing or otherwise avoiding the

24  prohibitions set forth above.

25  ///

26  ///

27  ///

28

1          The Court orders that such judgment be entered.

2

3

4   Dated:  October 31, 2008            _____
                                              VIRGINIA A. PHILLIPS
5                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28